# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK J. ELLERBE** : | **CIVIL ACTION** |
| **v.** : | |
| **THE UNITED STATES AND ITS** : | |
| **AGENCIES and CITY OF PHILA.** : | **NO. 19-2718** |

## ORDER

**NOW,** this 3rd day of July, 2019, upon consideration of plaintiff Derrick J. Ellerbe's application to proceed *in forma pauperis* (Document No. 1) and his *pro se* Complaint, it is **ORDERED** that:

1. Pursuant to 28 U.S.C. § 1915, plaintiff is **GRANTED LEAVE** to proceed *in forma pauperis*.

2. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous.

/s/ TIMOTHY J. SAVAGE J.